■ JOHN B. CASALE, JR., Respondent-Appellant, v EAST RIVER TOWERS COMPANY et al., Appellants-Respondents.—Order and judgment (one paper), Supreme Court, New York County (Irving Kirschenbaum, J.), entered on January 16, 1987, unanimously affirmed, without costs and without disbursements. The motion by plaintiff-respondent-appellant for leave to file a supplemental record on appeal granted. No opinion. Concur—Murphy, P. J., Sandler, Sullivan, Asch and Milonas, JJ.

■ In the Matter of DAVID A. PRAVDA, for Reinstatement.—Motion held in abeyance, and application referred to the Departmental Disciplinary Committee for the First Judicial Department for a hearing, as indicated. Concur—Murphy, P. J., Kupferman, Sandler, Sullivan and Ross, JJ.